IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT FORD, | : | Civil Action No. 4:14-CV-1780 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| JOHNSON & JOHNSON, *et. al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

April 13, 2015

The Court has conducted a *de novo* review of the thorough report and recommendation of the magistrate judge. The Court finds that after reviewing the well known '*Poulis* factors,' dismissal is the appropriate sanction for failure to prosecute and failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See Poulis v. State Farm Fire & Casualty Co.*, 747 F.2d 863 (3d Cir. 1984).

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The March 11, 2015 report and recommendation of Magistrate Judge Susan E. Schwab is ADOPTED. ECF No. 25.

2. The complaint is dismissed with prejudice for failure to prosecute and

      failure to comply with a court order pursuant to Fed. R. Civ. P. 41(b).

3.     The clerk is directed to close the case file.

                              BY THE COURT:

                              s/ Matthew W. Brann
                              Matthew W. Brann
                              United States District Judge